**Opinion issued March 31, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00796-CV

_____

**TODD PENCARINHA, STEVEN MARSHALL, AND ALTIRAS INDUSTRIAL SERVICES, LLC, Appellants**

**V.**

**EMERGENT INDUSTRIAL SOLUTIONS, LP, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-10780**

---

**MEMORANDUM OPINION**

The parties have filed an "Agreed Joint Motion to Dismiss Appeal," representing that they have settled this matter. They request that we grant their motion and dismiss the appeal with each party to bear its own costs. *See* TEX. R. APP. P. 42.1(a)(2)(A). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice, with costs taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(2)(A). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.